1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                           SAN JOSE DIVISION

11

United States District Court
Northern District of California

12   CATALINA BUTTZ,                          Case No.  5:15-cv-01666-HRL

                  Plaintiff,

13

          v.                                  **ORDER VACATING INITIAL CASE**
14                                            **MANAGEMENT CONFERENCE AND**
                                              **SETTING DEADLINE FOR MOTION**
     DARIUS MOHSENIN, an individual;          **FOR DEFAULT JUDGMENT**
15   REDBOOK RESIDENTIAL, an entity of
     unknown type; NURI N. MOHSENIN,
16   individually and as trustee of the
     MOHSENIN FAMILY TRUST; and DOES
17   1 to 50, inclusive, et al.,

18                  Defendants.

19       Based on plaintiff's July 30, 2015 status report, the court orders as follows:    The August

20   4, 2015 Initial Case Management Conference is off calendar.  Plaintiff having stated her intent to

21   move for default judgment, her motion shall be filed no later than **August 14, 2015**.

22       SO ORDERED.

23   Dated:   July 31, 2015

24                                              _____

25                                              HOWARD R. LLOYD
                                                United States Magistrate Judge

26

27

28

1     5:15-cv-01666-HRL Notice has been electronically mailed to:

2     Elliott H Stone      ehstone@stonelawpc.com, ecf@stonelawpc.com

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28