United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CATALINA BUTTZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DARIUS MOHSENIN, an individual; REDBOOK RESIDENTIAL, an entity of unknown type; NURI N. MOHSENIN, individually and as trustee of the MOHSENIN FAMILY TRUST; and DOES 1 to 50, inclusive,<br><br>　　　　Defendants. | Case No.  5:15-cv-01666-HRL<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR A CONTINUANCE**<br><br>Re: Dkt. No. 31 |

　　　　Plaintiff's motion to continue the October 13 hearings on the parties' respective motions re default is granted in part and denied in part as follows:  The court is unpersuaded that the requested early discovery is warranted or that its likely benefit will outweigh the burden and expense involved.  Plaintiff's request for leave to conduct that discovery is denied.  On this record, the court also finds no basis to strike La Riviere's declaration.  Moreover, all briefing deadlines on the pending motions re default passed weeks ago.  See Civ. L.R. 7-3.

　　　　Nevertheless, in view of the dispositive nature of the parties' pending motions, the court would be aided by full briefing and, in its discretion, re-opens briefing on those matters.  Plaintiff shall file her opposition to defendants' motion to set aside default no later than **October 2, 2015**.  Plaintiff's reply re her motion for default judgment and defendants' reply re their motion to set

1  aside default shall be filed no later than **October 9, 2015**.  The hearing on the parties' respective
2  motions is **re-set for November 3, 2015, 10:00 a.m.**
3      SO ORDERED.
4  Dated:   September 25, 2015

_____
HOWARD R. LLOYD
United States Magistrate Judge

5:15-cv-01666-HRL Notice has been electronically mailed to:

Elliott H Stone     ehstone@stonelawpc.com, ecf@stonelawpc.com

John Calvin Brown , III    jbrown@cornerlaw.com