UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CATALINA BUTTZ,<br><br>      Plaintiff,<br><br>    v.<br><br>DARIUS MOHSENIN, et al.,<br><br>      Defendants. | Case No. 5:15-cv-01666-HRL<br><br>**INTERIM ORDER RE DEFENDANTS' EX PARTE MOTION RE DISCOVERY**<br><br>Re: Dkt. No. 55 |

This court hereby sets a telephone conference to discuss defendants' ex parte request re meet-and-confer requirements in discovery disputes. Specifically, plaintiff's counsel shall be prepared to explain why he reportedly (1) has not yet served discovery responses, which are now long overdue and (2) refuses to comply with this court's Standing Order re Civil Discovery Disputes. The conference is set for **Friday, April 15, 2016, 3:00 p.m.** Lead counsel for the parties shall arrange for appearance via CourtCall.

SO ORDERED.

Dated: April 13, 2016

HOWARD R. LLOYD
United States Magistrate Judge

5:15-cv-01666-HRL Notice has been electronically mailed to:

Elliott H Stone     ehstone@stonelawpc.com, ecf@stonelawpc.com

John Calvin Brown , III     jbrown@cornerlaw.com