UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CATALINA BUTTZ,<br><br>    Plaintiff,<br><br>v.<br><br>DARIUS MOHSENIN, et al.,<br><br>    Defendants. | Case No.  5:15-cv-01666-HRL<br><br>**ORDER GRANTING ATTORNEY MOTION TO WITHDRAW**<br><br>Re: Dkt. No. 71 |

Attorney Elliott Stone's motion for permission to withdraw as counsel of record for plaintiff Catalina Buttz is GRANTED. Civ. L.R. 11-5; Cal. Rules of Professional Conduct, Rule 3-700(C). Stone has provided sufficient reasons to allow his withdrawal. Additionally, plaintiff having secured other representation, and given the current posture of these proceedings, no party will be prejudiced by Stone's withdrawal from this matter.

SO ORDERED.

Dated: July 1, 2016

HOWARD R. LLOYD
United States Magistrate Judge

5:15-cv-01666-HRL Notice has been electronically mailed to:

Aaron Michael Cargain     aaron.cargain@lewisbrisbois.com, christina.certuche@lewisbrisbois.com

Elliott H Stone     ehstone@stonelawpc.com, ecf@stonelawpc.com

John Calvin Brown , III     jbrown@cornerlaw.com

Tad A. Devlin     tdevlin@kdvglaw.com, acargain@kdvlaw.com, jblack@kdvlaw.com, mcruz@kdvglaw.com, smarrujo@kdvglaw.com